## MISCELLANEOUS ORDERS

**2006–0357. Cleveland Bar Assn. v. Woods.**
This matter came on for further consideration upon the filing by movant, Brian J. Woods Sr., of objections to dismissal entry of UPL Board Case No. 06–02, and the filing of a motion for leave to intervene of Susan A. Woods. Upon consideration thereof,

IT IS ORDERED by this court that the objections are dismissed. It is further ordered that the motion to intervene is denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 3, 2006*

[Cite as *07/03/2006 Case Announcements,* 2006-Ohio-3374.]

## MOTION AND PROCEDURAL RULINGS